UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JONES, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE MANAGEMENT ALTERNATIVE, et al., <br><br> Defendants. | CASE No. 1:14-cv-00815-MJS <br><br> ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE (45) DAYS |

Plaintiff Melvin Jones Jr. initiated this action on May 29, 2014, but has not paid the $400.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a non-prisoner application to proceed in forma pauperis;

2. Within forty-five days of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis for a non-prisoner, or in the alternative, pay the $400.00 filing fee for this action; and

///

///

1

3. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   June 3, 2014                          /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE

2