IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELVIN JONES, JR.,** | 1:14-cv-00815 --- MJS |
| Plaintiff, | **VOLUNTARY DISMISSAL OF ACTION** |
| v. | **(ECF No. 4)** |
| **THE MANAGEMENT ALTERNATIVE,** et al., | |
| Defendants. | |

Melvin Jones, Jr. ("Plaintiff") asserted claims of racial discrimination against Defendants. (Compl., ECF No. 1.) The action was initiated on May 29, 2014. (ECF No. 1.) On July 14, 2014, Plaintiff filed a notice with the Court asking that the action be voluntarily dismissed without prejudice. (ECF No. 4.) Defendants have yet to file a response in the action.

Under Federal Rule of Civil Procedure 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal. Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice. Furthermore, all pending motions are DENIED as MOOT.
IT IS SO ORDERED.

Dated:  July 20, 2014                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28